Ambassador
Robert Lee Helm Junior "-c
C/o W.P. Clements Unit
9601 Spur 591-[452859]
Amarillo, Texas Republic
[Near 79106-9606]

Court of Criminal Appeals
C/o Abel Acosta (dba ABEL ACOSTA), Clerk
P.O. Box 12308, Capital Station
Austin, Texas 78711

19,962-01,02

18th October 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

Regarding: Ex Parte AL MUHAMMAD (aka HELM)
CCA No(s).: 19,962-01 & 19,962-02
Tr. Ct. No(s): WF79-4279-JL (W79-4279-L(A)) &
WF86-71404-KL (W86-71404-L(A))

Dear Hon. Clerk, ABEL ACOSTA,

This is Request for Cost to Obtain copy of Computer's Printed-out (each) of the above regarded ... Writ of Habeas Corpus. Procedural History (Action taken / All date), thereof, Screens' Recorded System of Your Computer's .. Showing thereon.

Please do, Certify Your office "Computer Screens" ... Printed-Out, data-information Showing thereon for meaningful Access to Courts'. CF, In re Bonilla, 424 SW3d 528.

Without said would deprived this Prisoner of the ability to apply for a habea Corpus that included all possible grounds for relief and thereby denied said his right to access the Courts. Prior letter (dated 18th September 2015) had a S.A.S.E. And please use same for your reply unto this letter of request for copies of computers printed-out, information-Data(s) of your office.

Thank You for Your Audience/ Addressing this lawful matter-of-fact!

Respectfully Submitted
Robert Lee Helm Junior ©Ambassador
Robert Lee Helm Junior "-c
Ambassador National
Sui Juris

File: CCA/AA, 2nd-L